BEFORE THE THIRD DIVISION, MARCH 26, 1959

No. 62900.—Ready Foods de Mexico, S. A. v. United States, protests 239881–K, etc. (Laredo).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), the claim of the plaintiff was sustained.

MARCH 24, 1959

No. 62901.—Bel-Art Products v. United States, protest 58/1746. Plaintiff's application for rehearing granted.

MARCH 25, 1959

No. 62902.—Glensder Textile Corp. et al. v. United States, protests 263306–K, etc. Plaintiffs' application for rehearing granted.

MARCH 27, 1959

No. 62903.—Esso Standard Oil Co. v. United States, protest 194881–K.— Plaintiff's application for rehearing granted.

MARCH 25, 1959

No. 62904.—SUIT 4963.—General Chain & Belt Company v. United States.——C. D. 1971 affirmed December 19, 1958. C.A.D. 698.

No. 62905.—SUIT 4984.—United States v. Couture Fabrics, Ltd.— (Appeal dismissed January 30, 1959.)